DEC-19-2000  01:20                                                                                              P.02

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 APR -9  PM 3:01

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:08CV58 |
| ) | |
| vs. ) | |
| ) | |
| STEVEN BRAL, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the Defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The Defendant hereby admits all the allegations of Plaintiff's Complaint and therefore agrees to the entry of a consent judgment in the sum of $694.28 principal, interest in the amount of $291.83, at a daily rate of $0.10 per day, administrative charges in the amount of $0.00; AND $5,210.05 principal, interest in the amount of $2,857.29, at a daily rate of $1.00 per day, and thereafter with interest at the current rate computed daily and compounded annually from the date of judgment until paid in full and court costs in the amount of $370.00.

3. The Defendant shall submit financial data to the Plaintiff on the anniversary date of this judgment, each year this judgment remains outstanding.

4. Costs shall be paid by the defendant.

DEC-19-2000  01:20                                                                      P.03

STEVEN BRAL                                    UNITED STATES OF AMERICA,
Defendant                                      Plaintiff,

                                               JOE W. STECHER
                                               United States Attorney

/s/ Judith A. Zitek                            /s/ Laurie M. Barrett
JUDITH A. ZITEK, #19905                        LAURIE M. BARRETT, #17584
Attorney for the Defendant                     Assistant U. S. Attorney
6018 Hamilton Street                           1620 Dodge Street, Suite 1400
Omaha, NE 68132                                Omaha, NE 68101
(402) 551-8930                                 (402) 661-3700
                                               laurie.barrett@usdoj.gov

APPROVED THIS 9th day of April, 2008, accruing at the legal rate of 1.63 % per annum from the date of this judgment, until paid in full and court costs.

                                               David L. Piester
                                               DAVID L. PIESTER
                                               UNITED STATES MAGISTRATE JUDGE